# U.S. District Court
# Southern District of New York (Foley Square)
# CRIMINAL DOCKET FOR CASE #: 1:05-mj-02136-UA-ALL
# Internal Use Only

Case title: USA v. Kamara

Date Filed: 12/22/2005 **FILED**

JAN 0 3 2006

**NANCY** MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

Assigned to: Judge Unassigned

## Defendant

**Almanny Kamara** (1)
*TERMINATED: 12/22/2005*
*also known as*
Abdul Kamara (1)
*TERMINATED: 12/22/2005*
*also known as*
Derrick Andrew Blocker (1)
*TERMINATED: 12/22/2005*

represented by **Richard Franklin Boulware**
Federal Defenders of New York
Inc. (NYC)
52 Duane Street
New York, NY 10007
(212) 417-8732
Fax: (212) 571-0392
Email: Richard_Boulware@fd.org

*LEAD ATTORNEY*
*Designation: Public Defender or*
*Community Defender*
*Appointment*

## Pending Counts

None

## Highest Offense Level
## (Opening)

None

## Terminated Counts

None

## Highest Offense Level
## (Terminated)

## Disposition

A TRUE COPY
**UNITED STATES** MAGISTRATE
FOR **THE SOUTHERN** DISTRICT OF N.Y.
DEPUTY **CLERK**

## Disposition

None

| Complaints | Disposition |
|---|---|
| 18:1542: FALSE STATEMENTS IN APPLICATION FOR A PASSPORT. | |

---

**Plaintiff**

USA                          represented by **Marshall Alan Camp**
                                              United States Attorney, Southern
                                              District New York
                                              One Saint Andrew's Plaza
                                              New York, NY 10007
                                              (212)-637-1035
                                              Fax: (212)-637-2937
                                              Email: marshall.camp@usdoj.gov
                                              *LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2005 | ○ | Arrest (Rule 5(c)(3)) of Almanny Kamara. (gq, ) (Entered: 12/27/2005) |
| 12/22/2005 | ○1 | RULE 5(c)(3) AFFIDAVIT (District of Columbia) of Corynn Cushman, Special Agent, Diplomatic Security Service, U.S. Department of State as to Almanny Kamara. (Signed by Judge Debra C. Freeman on 12/22/2005) (gq, ) (Entered: 12/27/2005) |
| 12/22/2005 | 2 | CJA 23 Financial Affidavit by Almanny Kamara. Approved. (Signed by Judge Debra C. Freeman ) (gq, ) (Entered: 12/27/2005) |
| 12/22/2005 | ○3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Almanny Kamara. Richard Franklin Boulware for Almanny Kamara appointed. (Signed by Judge Debra C. Freeman on 12/22/2005)(gq, ) (Entered: 12/27/2005) |
| 12/22/2005 | ○4 | NOTICE OF ATTORNEY APPEARANCE: Richard Franklin Boulware appearing for Almanny Kamara. (gq, ) (Entered: 12/27/2005) |
| 12/22/2005 | ○ | Minute Entry for proceedings held before Judge Debra C. Freeman :Initial Appearance as to Almanny Kamara held on |

| | | |
|---|---|---|
| | | 12/22/2005. (gq, ) (Entered: 12/27/2005) |
| 12/22/2005 | ❍ | Minute Entry for proceedings held before Judge Debra C. Freeman :Initial Appearance in Rule 5(c)(3) Proceedings as to Almanny Kamara held on 12/22/2005. Deft appears with Federal Defender Fiona Doherty for Richard Boulware. AUSA Marshall A. Camp present for the gov't. Detention on consent without prejudice. ID Hearing waived. Deft to be removed. Preliminary Hearing waived. On deft's consent. Control date for removal set for 1/9/2006. (gq, ) (Entered: 12/27/2005) |
| 12/22/2005 | ❍5 | ORDER OF REMOVAL from the U.S.D.C. Southern District of New York to the United States District Court - District of Columbia, as to Almanny Kamara. (Signed by Judge Debra C. Freeman on 12/22/2005)(gq, ) (Entered: 12/27/2005) |
| 12/22/2005 | | ***Terminated defendant Almanny Kamara.(gq, ) (Entered: 12/27/2005) |
| 12/22/2005 | | ***Case Terminated as to Almanny Kamara.(gq, ) (Entered: 12/27/2005) |
| 12/22/2005 | ❍ | RULE 5(c)(3) DOCUMENTS SENT as to Almanny Kamara from the U.S.D.C. Southern District of New York to the United States District Court - District of Columbia. Sent original file along with documents numbered 1-5, certified copies of: Rule 5(c)(3) Documents, the docket sheet, and letter of acknowledgment, on 12/22/2005. (gq, ) (Entered: 12/27/2005) |