UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0020M-01 (CR) |
| **ALMANNY KAMARA ,** | : | VIOLATIONS: 18 U.S.C. §1542 |
| **also known as Derrick Andre Blocker,** | : | (False Statement in Application for Passport); |
| **Defendant.** | : | 18 U.S.C. §1546(a) |
| | : | (Misuse of Other Documents); |
| | : | 18 U.S.C. §1001 |
| | : | (Fictitious or Fraudulent Statement) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about November 18, 2004, within the District of Columbia, **ALMANNY KAMARA,**

**also known as Derrick Andre Blocker**, did willfully and knowingly make a false statement, which

stated that he was a United States citizen, with intent to induce or secure the issuance of a passport

under the authority of United States for his own use.

(**False Statement in Application for Passport**, in violation of Title 18, United States Code,
Section 1542)

## COUNT TWO

On or about November 18, 2004, within the District of Columbia, **ALMANNY KAMARA,**

**also known as Derrick Andre Blocker**, did utter, use, attempt to use, and possess a document, that

is, a social security card, which was prescribed by statute or regulation for entry into or as evidence

of authorized stay or employment in the United States, knowing the social security card to have been unlawfully obtained.

(**Misuse of Other Document**, in violation of Title 18, United States Code, Section 1546(a))

## COUNT THREE

On or about November 18, 2004, within the District of Columbia, in a matter within the jurisdiction of the United States Passport Agency, a department of the United States, **ALMANNY KAMARA, also known as Derrick Andre Blocker**, did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation, that is, the defendant claimed in a passport application that his true name was Derrick Andre Booker and that he was a citizen of the United States.

(**Fictitious or Fraudulent Statements**, in violation of Title 18, United States Code, Section 1001)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.