UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 06-020 (GK) |
| v. | : | Plea Hearing – March 8, 2006 |
| ALMANNY KAMARA, | : | |
| Defendant. | : | |

## UNITED STATES' SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

**I.  ELEMENTS OF THE OFFENSE:**

The essential elements of the offense of False Statement in Application and Use of Passport, in violation of 18 U.S.C. § 1542 are:

1.  That the defendant made any false statement in an application for a passport with the intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another; and,

2.  That the defendant did so willfully and knowingly;

See 18 United States Code § 1542

**II.  COPY OF THE PLEA AGREEMENT:**

A copy of the plea agreement, not yet executed by the defendant, is attached.

**III.    PENALTIES:**

Pursuant to 18 U.S.C. § 1542, the crime of False Statement in Application and Use of Passport, carries a penalty of a term of imprisonment of 10 years, a fine of $250,000.00, or both, and a supervised release term of not more than 3 years, in addition to any term of imprisonment. The defendant has agreed to pay a special assessment of $100 to the Clerk's Office for the United States District Court prior to the date of sentencing.

**IV.    FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA:**

If this case were to go to trial, the government's evidence would establish the following beyond a reasonable doubt:

On November 18, 2004, the defendant, Almanny Kamara, identifying himself falsely as Derrick Andre Blocker, executed, swore to the veracity of, and signed an application for a United States passport, Form DS-11, at the Washington Passport Agency, located at 1111 19th Street, NW, Washington, D.C. 20004, for the purpose of securing a United States passport in the name of Derrick Andre Blocker.

On the Form DS-11, Application for a United States Passport, the defendant claimed that his social security number was ▓▓▓▓, and that his name was Derrick Andre Blocker, who was born on ▓▓▓▓ in Boston, Massachusetts. In support of his application, the defendant also submitted a City of Boston birth certificate indicating Derrick Andre Blocker's date of birth of ▓▓▓▓ and a social security card bearing the number ▓▓▓▓. The defendant also submitted several other forms of identification, all bearing the name Derrick Blocker. At the time he purposefully applied for the United States passport, the defendant knew that he was not Derrick Andre Blocker, that he was not born on April 11, 1978 in Boston,

Massachusetts, and that he did not have a social security number, let alone the number he placed on the Form DS-11.

In fact, Derrick Andre Blocker is a real and different person than the defendant, Almanny Kamara, whose likeness and photo are different than that of the defendant, Almanny Kamara. The birth date of April 11, 1978, used by the defendant in applying for a United States passport, is actually the real date of birth of the true Derrick Andre Blocker. The true Derrick Andre Blocker is currently detained at the Nashua Street Jail in Boston, Massachusetts, and has pending criminal charges for murder as of April 27, 2004 in the West Roxbury District Court, Massachusetts.

At some point after being confronted by law enforcement officers with the falsehoods contained within the Form DS-11, the defendant, Almanny Kamara, acknowledged that his real name is Almanny Kamara and not Derrick Andre Blocker, that he was born in Freetown, Sierra Leone and not Boston, Massachusetts, that he was born on August 11, 1979 and not April 11, 1978, and further, that he came from Sierra Leone to the United States, and that his parents are not United States citizens. The defendant further acknowledged that the social security card and birth certificate, which he used in furtherance of his application for a United States passport, were purchased from the true Derrick Andre Blocker for four hundred dollars ($400.00) in United States currency. The defendant further acknowledged that he has been using the false identity of Derrick Andre Blocker for approximately three years, and that he applied for a United States passport on November 18, 2004, illegally.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451-058

_____

_____
ROBERT J. FEITEL
Assistant United States Attorney
D.C. Bar No. 433-180
Federal Major Crimes Section
555 4th Street, N.W., Room 4231
Washington, DC 20530
Phone:202.353.3706
Fax: 202.514.6010

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I will cause a copy of the foregoing to be served by electronic filing upon the attorney for the defendant, Rita Bosworth, Esq., this 2nd day of March 2006

                                                                                                               _____
                                                                                                               Robert J. Feitel
                                                                                                               Assistant United States Attorney