UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,    :
                             :
                             :
v.                           :    Criminal No. 06-20 (GK)
                             :
ALMANNY KAMARA,              :
                             :
        Defendant.           :
                             :

## ORDER

It is hereby this 8th day of *March*, 2006,

ORDERED that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than *May 19, 2006*, and it is further

ORDERED that any sentencing memoranda are to be filed no later than *May 24* by 5:00 p.m., and it is further

ORDERED that the defendant shall be sentenced in Courtroom #26 on *May 30, 2006 at 4:30 p.m.*

IT IS SO ORDERED.

*Gladys Kessler*
Gladys Kessler
U.S. District Judge