## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                                )<br>             v.                                  )<br>                                                )<br>ALMANNY KAMARA               )<br>_____) | Cr. No. 06-20 (GK) |

### DEFENDANT'S CONSENT MOTION TO CONTINUE SENTENCING

Almanny Kamara, through undersigned counsel, hereby requests a continuance of his sentencing, and states in support the following:

1. On March 8, 2006, Mr. Kamara pled guilty to one count of submitting a False Statement in an Application for a Passport, in violation of 18 U.S.C. § 1542.

2. Mr. Kamara is scheduled to be sentenced before this Court on Tuesday, May 30, at 4:30 p.m.

3. Since the time the sentencing date was set, undersigned counsel has learned that she will be out of town for a work-related training seminar the week of May 30.

4. Counsel has consulted with Assistant United States Attorney Robert Feitel, and he does not oppose this motion. Both counsel are available on June 26 at any time for the sentencing.

WHEREFORE Mr. Kamara respectfully requests that the Court reschedule his sentencing for June 26, 2006.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500