IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> **v.** ) <br> ) <br> **ALMANNY KAMARA** ) <br> _____ ) | Cr. No. 06-20 (GK) |

**ORDER**

Upon consideration of defendant's unopposed motion to continue his sentencing, it is this

_____ day of April, 2006, hereby

**ORDERED** that defendant's sentencing date is continued until June 26, 2006, at

_____.


_____
HONORABLE GLADYS KESSLER
United States District Judge