IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                              )<br>        v.                    )<br>                              )<br>ALMANNY KAMARA                )<br>_____) | Cr. No. 06-20 (GK) |

**DEFENDANT'S SECOND CONSENT MOTION TO CONTINUE SENTENCING**

Almanny Kamara, through undersigned counsel, hereby requests a continuance of his sentencing, and states in support the following:

1. On March 8, 2006, Mr. Kamara pled guilty to one count of submitting a False Statement in an Application for a Passport, in violation of 18 U.S.C. § 1542.

2. Mr. Kamara was initially scheduled to be sentenced before this Court on Tuesday, May 30, at 4:30 p.m.

3. Mr. Kamara requested a continuance of this date because undersigned counsel learned that she will be out of town for a work-related training seminar the week of May 30.

4. The Court granted the motion to continue, rescheduling the sentencing for June 14, 2006, at 10:00 a.m.

5. Unfortunately, undersigned counsel will be away at a separate work-related training seminar from June 11 through June 24.

6. Counsel has consulted with Assistant United States Attorney Robert Feitel, and he does not oppose this motion. Both counsel are available June 27 at any time, the morning of June 28, or June 29 at any time for the sentencing.

WHEREFORE Mr. Kamara respectfully requests that the Court reschedule his sentencing for June 27, 28, or 29, 2006.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500