IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>ALMANNY KAMARA       )<br>_____) | Cr. No. 06-20 (GK) |

**ORDER**

Upon consideration of defendant's second unopposed motion to continue his sentencing, it is this _____ day of April, 2006, hereby

**ORDERED** that defendant's sentencing date is continued until June_____, 2006, at _____.

_____
HONORABLE GLADYS KESSLER
United States District Judge