IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                         )
                         )          Cr. No. 06-20 (GK)
       v.                )
                         )
                         )
ALMANNY KAMARA           )
_____)

## ORDER

Upon consideration of defendant's second unopposed motion to continue his sentencing, it is this 26th day of April, 2006, hereby

**ORDERED** that defendant's sentencing date is continued until June 29, 2006, at 9:30 a.m.

*Gladys Kessler*
HONORABLE GLADYS KESSLER
United States District Judge